HARRISON E. FRYBERGER, Appellant, *v.* CONSOLIDATED ELECTRIC AND GAS COMPANY et al., Respondents.

Argued June 16, 1943; decided July 20, 1943.

*Harrison E. Fryberger,* appellant in person.
*Arthur M. Boal* for respondents.

Appeal dismissed, with costs, on the ground that **no** substantial constitutional question is involved. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.